IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA FRITZ,<br><br>            Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | 8:23CV272<br><br>**ORDER TO PROCEED IN FORMA PAUPERIS** |

      This case is before the Court on Plaintiff's Application and Affidavit to Proceed in District Court Without Prepaying Fees or Costs in this judicial review of the decision of the Commissioner of Social Security denying Plaintiff's application for disability benefits under the Social Security Disability (SSD) program. Filing 2. The Court finds that Plaintiff's affidavit satisfies the requirements of 28 U.S.C. § 1915(a)(1) and demonstrates that Plaintiff is unable to pay the fees or give security to commence this action. Accordingly,

      IT IS ORDERED that

      1.    Plaintiff's Application and Affidavit to Proceed in District Court Without Prepaying Fees or Costs, Filing 2, is granted; and

      2.    The Clerk of Court is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant. The United States will advance the costs of service.

      Dated this 23rd day of June, 2023.

                                                                            BY THE COURT:

                                                                              Brian C. Buescher
                                                                              United States District Judge