IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA FRITZ,<br><br>      Plaintiff,<br><br> vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>      Defendant. | 8:23CV272<br><br>**ORDER GRANTING EXTENSION OF TIME** |

  This case is before the Court on Plaintiff's Unresisted Motion for Extension of Time to File Plaintiff's Motion for an Order Reversing Commissioner's Decision. Filing 15. Plaintiff explains that a two-day extension to September 22, 2023, is requested owing to conflicts with other briefing deadlines and the size of the administrative record in this case. Filing 15 at 1. Plaintiff represents that the parties have conferred, and the Defendant does not oppose the motion. Filing 15 at 1. The Court finds good cause for the requested extension. Accordingly,

  IT IS ORDERED that Plaintiff's Unresisted Motion for Extension of Time to File Plaintiff's Motion for an Order Reversing Commissioner's Decision, Filing 15, is granted, and Plaintiff shall have to and including September 22, 2023, to file her Motion to Reverse and supporting brief

  Dated this 19th day of September, 2023.

                    BY THE COURT:

                    _____
                    Brian C. Buescher
                    United States District Judge