IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA FRITZ,<br><br>     Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>     Defendant. | 8:23CV272<br><br>**ORDER TO STRIKE AND REPLACE FILING** |

  This case is before the Court on Plaintiff's Motion to Strike Filing 17 and Replace It with Filing 24, which Plaintiff represents is unopposed. Filing 25. Plaintiff explains that Filing 17 was unintentionally filed because it is a re-filing of the motion for extension of time at Filing 15. Plaintiff explains further that Filing 24 was the intended filing. Plaintiff asserts that the erroneous filing did not impact the presentation of the case where the parties' briefs were subsequently filed, and the case is ready for decision. The Court agrees. The error is easily made and was at worst excusable neglect. Accordingly,

  IT IS ORDERED that Plaintiff's unopposed Motion to Strike Filing 17 and Replace It with Filing 24, Filing 25, is granted. Filing 17 is stricken and Filing 24 is deemed to replace it.

  Dated this 10th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge
